THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| CSG WA LLC, on behalf of KELLEY SHARP, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH BROWN, *et al.*, <br><br> Defendants. | CASE NO. C20-1701-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. It appears that Plaintiff Kelley Sharp is represented by CSG WA LLC in this matter. Strict rules govern who can represent a litigant in federal court. Generally, the only permissible representative is a licensed and admitted attorney. *See C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697-98 (9th Cir.1987). Moreover, absent appropriate representation, a party's filings must be signed *by that party*. Fed. R. Civ. P. 11(a). The Court will not accept filings signed by CSG WA LLC on Plaintiff's behalf. Accordingly, the Court STRIKES the complaint signed by CSG WA LLC (Dkt. No. 1). Plaintiff must refile the complaint, properly signed and filed by Plaintiff or Plaintiff's permissible representative, within twenty-one (21) days of this order or this matter will be dismissed without prejudice. The Clerk is DIRECTED to mail a copy of this order to CSG WA LLC and Ms.

1  Sharp.

2  DATED this 5th day of February 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-1701-JCC
PAGE - 2