THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CSG WA LLC, on behalf of KELLEY SHARP,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH BROWN, *et al.*,<br><br>　　　　　　　　Defendants. | CASE NO. C20-1701-JCC<br><br>ORDER |

This matter comes before the Court *sua sponte*. On February 5, 2021, the Court struck Plaintiff Kelley Sharp's *pro se* complaint because it was filed and signed by a non-attorney, CSG WA LLC. (Dkt. No. 5.) The Court directed Ms. Sharp to file a properly signed complaint within twenty-one days. (*Id.*) No such complaint has been filed. Accordingly, the Court DISMISSES this case without prejudice and DIRECTS the Clerk to close this case and send a copy of this order to Plaintiff.

DATED this 1st day of March 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ John C. Coughenour
　　　　　　　　　　　　　　　　　　　　　　　　　　　　John C. Coughenour
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE